# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## Holding a Criminal Term

## Grand Jury Sworn in on November 3, 2016

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **OLONA ROBA**, and | : | **VIOLATIONS:** |
| **JARVELL KENT,** | : | 22 D.C. Code §§ 2801, 4502 |
| | : | (Armed Robbery) |
| Defendant. | : | 22 D.C. Code § 4504(b) |
| | : | (Possession of a Firearm During a Crime |
| | : | of Violence or Dangerous Offense) |
| | : | 18 U.S.C. § 1951 |
| | : | (Interference with Interstate Commerce |
| | : | by Robbery) |
| | : | 18 U.S.C. § 924(c)(1)(A)(ii) |
| | : | (Using, Carrying, Possessing, and |
| | : | Brandishing a Firearm during a Crime |
| | : | of Violence) |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 981(a)(1)(C);** |
| | : | 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and |
| | : | 28 U.S.C. § 2461 |

## **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about May 4, 2017, within the District of Columbia, **OLONA ROBA**, while armed with a firearm, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Michael Clark, property of value belonging to Michael Clark, consisting of a wallet, a backpack, and a cellphone.

(**Armed Robbery**, in violation of Title 22, District of Columbia Code, Sections 2801, 4502 (2001 ed.))

## COUNT TWO

On or about May 4, 2017, within the District of Columbia, **OLONA ROBA**, did possess a firearm while committing the crime of robbery as set forth in Count One of this indictment.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b) (2001 ed.))

## COUNT THREE

On or about May 5, 2017, in the District of Columbia, **OLONA ROBA** and **JARVELL KENT**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that defendants **OLONA ROBA** and **JARVELL KENT**, did unlawfully take and obtain personal property consisting of U.S. currency belonging to the 7-Eleven convenience store located at 3218 Pennsylvania Avenue, Southeast, Washington, D.C., from the presence of an employee against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, while the employee was engaged in commercial activities as an employee of 7-Eleven, a business that was engaged in and that affects interstate commerce.

(**Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT FOUR

On or about May 5, 2017, in the District of Columbia, **OLONA ROBA** and **JARVELL KENT**, did unlawfully and knowingly use, carry, and brandish, during and in relation to, and possess a firearm in furtherance of, a crime of violence, for which they may be prosecuted in a court of the United States, that is, Interference with Interstate Commerce by Robbery, as alleged in Count Three of this Indictment.

(**Using, Carrying, Possessing, and Brandishing a Firearm during a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii))

## COUNT FIVE

On or about May 11, 2017, in the District of Columbia, **OLONA ROBA** and **JARVELL KENT**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that defendants **OLONA ROBA** and **JARVELL KENT**, did unlawfully take and obtain personal property consisting of U.S. currency belonging to the 7-Eleven convenience store located at 4443 Benning Road, Northeast, Washington, D.C., from the presence of an employee against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, while the employee was engaged in commercial activities as an employee of 7-Eleven, a business that was engaged in and that affects interstate commerce.

(**Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT SIX

On or about May 11, 2017, in the District of Columbia, **OLONA ROBA** and **JARVELL KENT**, did unlawfully and knowingly use, carry, and brandish, during and in relation to, and possess a firearm in furtherance of, a crime of violence, for which they may be prosecuted in a court of the United States, that is, Interference with Interstate Commerce by Robbery, as alleged in Count Five of this Indictment.

(**Using, Carrying, Possessing, and Brandishing a Firearm during a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii))

## FORFEITURE ALLEGATION

1. Upon conviction of either of the offenses alleged in Counts Three and/or Five, the defendants shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).   The United States will also seek a forfeiture money judgment equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses.

2. Upon conviction of either of the offenses alleged in Counts Four and/or Six, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of these offenses.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence,

(b) has been transferred or sold to, or deposited with, a third party,

(c) has been placed beyond the jurisdiction of the Court,

(d) has been substantially diminished in value, or

(e) has been commingled with other property that cannot be divided without difficulty,

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title, 21 United States Code Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia